IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

LINDA JO McCONNELL, et al., )
)
      Plaintiffs, )
)
vs. ) Case No. CV 86-TMP-5024-NE
)
ALABAMA FEDERAL SAVINGS )
AND LOAN ASSOCIATION, )
)
      Defendant. )

MEMORANDUM OPINION

On January 25, 2001, the undersigned entered his Findings of Fact and Conclusions of Law with respect to the claims asserted by thirteen opt-out plaintiffs, Merredith Moody Smith, Dorothy Gurley, Nancy J. Martin, Sharon Waine McQueen, Joan Lacy Gargus, Betty Putman, Shirley Williams, Mary Hill, Carol Manning Woodruff, Alys Liddy, Kathryn Robertson, Jean Bryant Piersol, and Gail Figg. There, the court found that plaintiffs Gargus, Woodruff, Liddy, Robertson, and Figg were entitled to recover for gender-based discrimination practiced against them during their employment with the defendant in the early to mid-1980's. The court found that, as a result of the discrimination, these five plaintiffs had lost wages in the following amounts:

    Joan Lacy Gargus            $12,960

    Carol Manning Woodruff     $ 4,831

```
Alys Liddy              $30,689

Kathryn Robertson       $11,850

Gail Figg               $17,500
```

The court then directed parties to confer in an attempt to stipulate to the amount of interest of the plaintiffs were entitled to recover on these amounts of lost pay. The parties filed their stipulation on February 14, 2001, noting an apparent error in the court's calculation of plaintiff Figg's back pay, which, the parties agreed, should be $18,500, rather than $17,500. Based on the court's findings, as corrected, the parties agreed that plaintiffs were entitled to the following additional amounts as interest on their lost wages:

| Plaintiff | Lost Wages | Interest | Total |
|---|---|---|---|
| Joan L. Gargus | $12,960 | $48,196.00 | $ 61,156.00 |
| Carol M. Woodruff | $ 4,831 | $19,069.89 | $ 23,900.89 |
| Alys Liddy | $30,689 | $96,914.65 | $127,603.65 |
| Kathryn Robertson | $11,850 | $30,448.60 | $ 42,298.60 |
| Gail Figg | $18,500 | $67,593.11 | $ 86,093.11 |

2

These interest calculations included accrued interest through February 28, 2001, but, of course, additional interest has accrued since that time. The court has calculated additional interest against these totals at the rate of 3.75% per annum, which is the approximate average bank rate interest over the last six months. This additional interest, calculated through the end of September 2001, results in the following totals:

| Plaintiff | Feb. Total | Add'l Interest | Total |
|---|---|---|---|
| Joan L. Gargus | $ 61,156.00 | $1,353.39 | $ 62,509.39 |
| Carol M. Woodruff | $ 23,900.89 | $ 527.76 | $ 24,428.65 |
| Alys Liddy | $127,603.65 | $3,828.11 | $131,431.76 |
| Kathryn Robertson | $ 42,298.60 | $ 934.00 | $ 43,232.60 |
| Gail Figg | $ 86,093.11 | $1,901.03 | $ 87,994.14 |

Final judgment will be entered for these five plaintiffs in the amounts reflected in the "Total" column immediately above. Additionally, each of these plaintiffs are entitled to an award of attorneys' fees and costs associated with prevailing on their claims, which the court will determine and enter by separate order.

Furthermore, in accordance with the Findings of Fact and Conclusions of Law, the court concludes that no other plaintiffs are entitled to recover, so final judgment will be entered in favor of the defendant with respect to the remaining eight opt-out plaintiffs. A separate judgment will be entered.

DONE this the 24th day of September, 2001.

_____
T. MICHAEL PUTNAM
CHIEF MAGISTRATE JUDGE